IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERNON EARL COLEMAN,

    Plaintiff,

  v.                                                                                     CIV No. 15-00959-JCH-WPL

WILLIAM P. JOHNSON, et al.,

    Defendants.

ORDER GRANTING EXTENSION OF TIME
TO SUBMIT INITIAL PARTIAL PAYMENT

This matter is before the Court on Plaintiff's Motions For Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on November 30, 2015 and December 10, 2015. [Docs. 6, 7] Plaintiff previously was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and, therefore, his motions will be denied as moot. [*See* Doc. 5] In its November 9, 2015 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b) and To Make Payments or Show Cause, the Court ordered Plaintiff "within thirty (30) days from entry of this order, . . . [to] send to the Clerk an initial partial payment of $34.85 or show cause the payment should be excused." [Doc. 5]

Plaintiff informs the Court that he has requested a release of funds in the amount of $34.85 from his inmate account, "[h]owever, the Trulincs Account Transaction Staff member have not sent the [funds to] the Clerks Office." [Doc. 6] Plaintiff has submitted a copy of his request for the release of funds, dated November 15, 2015. [Doc. 7 at 4] Apparently, this request was not processed properly and Plaintiff submitted a second request, dated November 25, 2015. [Doc. 7 at 5] Plaintiff also has submitted copies of his account transaction history,

reflecting that $34.85 was withdrawn from his account on November 15, 2015, refunded on December 1, 2015, and re-released on December 1, 2015.  [Doc. 6 at 2; Doc. 7 at 2]  Additionally, Plaintiff submitted an e-mail from the Trulincs Trust Fund, dated December 3, 2015, indicating that a check in the amount of $34.85 will be mailed to the Clerk's Office as soon as the funds are received.  [Doc. 7 at 3]  In light of Plaintiff's diligent efforts to submit the initial partial payment, the Court will grant Plaintiff a thirty (day) extension of time in which to comply with the Court's November 9, 2015 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b) and To Make Payments or Show Cause.  [Doc. 5]

       IT IS THEREFORE ORDERED that Plaintiff's Motions For Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Docs. 6, 7] are DENIED AS MOOT;

       IT IS FURTHER ORDERED that Plaintiff is granted a thirty (30) day extension of time in which to comply with the Court's order requiring Plaintiff to send to the Clerk an initial partial payment of $ 34.85 or show cause why the payment should be excused.

_/s/ William P. Lynch_____<br>
William P. Lynch<br>
United States Magistrate Judge